Revised 05/08

# United States Bankruptcy Court
### Eastern District of Michigan
### Southern Division (Detroit)

In re: **General Products Corporation**
Debtor(s)

Case No. _____
Chapter **11**

## BANKRUPTCY PETITION COVER SHEET

(The debtor must complete and file this form with the petition in every bankruptcy case. Instead of filling in the boxes on the petition requiring information on prior and pending cases, the debtor may refer to this form.)

### Part 1

"Companion cases," as defined in L.B.R. 1073-1(b), are cases involving any of the following: (1) The same debtor; (2) A corporation and any majority shareholder thereof; (3) Affiliated corporations; (4) A partnership and any of its general partners; (5) An individual and his or her general partner; (6) An individual and his or her spouse; or (7) Individuals or entities with any substantial identity of financial interest or assets.

Has a "companion case" to this case ever been filed at any time in this district or any other district? Yes **X** No __
(If yes, complete Part 2.)

### Part 2

For each companion case, state in chronological order of cases: (Attach supplemental sheets if necessary.)

| | First Case | Second Case | Third Case |
|---|---|---|---|
| Name on petition | General Products Corporation | General Products Mexico, LLC | |
| Relationship to this case | Debtor | Affiliate | |
| Case Number | | | |
| Chapter | 11 | 11 | |
| Date filed | | | |
| District | Eastern District of Michigan | Eastern District of Michigan | |
| Division | Southern Division (Detroit) | Southern Division (Detroit) | |
| Judge | | | |
| Status/Disposition | Pending | Pending | |

(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)

I declare under penalty of perjury that I have read this form and that it is true and correct to the best of my information and belief.

General Products Corporation
Debtor

By: Andrew Masullo
Its: President & Chief Executive Offier

Date: 06/24/2016

John T. Piggins (P34495)
Debtor's Attorney

Miller Johnson
45 Ottawa SW, Suite 1100
PO Box 306
Grand Rapids, MI 49501-0306
616-831-1726 Fax: 616-988-1726
pigginsj@millerjohnson.com

| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN | | |
| Case number (if known): | Chapter 11 | ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | General Products Corporation | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and doing business as names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 22-3712278 | |
| 4. | Debtor's address | **Principal place of business**<br><br>14137 Farmington Road<br>Livonia, MI 48154<br>Number, Street, City, State & ZIP Code<br><br>Wayne<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>188 Earl Davis Dr., Russellville, KY 42276<br>1411 Wohlert St, Angola, IN 46703<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.general-products.com | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor  **General Products Corporation**  Case number (if known) _____
       Name

7. Describe debtor's business   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __3363__

8. Under which chapter of the Bankruptcy Code is the debtor filing?

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply:*
      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
      ☐ A plan is being filed with this petition.
      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

   ☑ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    ☐ No
    ☑ Yes.

    List all cases. If more than 1, attach a separate list.

    Debtor   **General Products Mexico, LLC**                  Relationship  **Subsidiary**
    District **Eastern District of Michigan**   When  concurrent   Case number, if known _____

Debtor   General Products Corporation                               Case number (if known) _____
         Name

11. Why is the case filed in    Check all that apply
    this district?
                                ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                   preceding the date of this petition or for a longer part of such 180 days than in any other district
                                ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or      ☒ No
    have possession of any
    real property or personal   ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    property that needs
    immediate attention?               Why does the property need immediate attention? (Check all that apply.)
                                       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                           What is the hazard? _____
                                       ☐ It needs to be physically secured or protected from the weather
                                       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                           livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
                                       ☐ Other
                                       Where is the property? _____
                                                              Number, Street, City, State & ZIP Code
                                       Is the property insured?
                                       ☐ No
                                       ☐ Yes.  Insurance agency _____
                                               Contact name    _____
                                               Phone           _____

■ Statistical and administrative information

13. Debtor's estimation of     Check one:
    available funds            ☒ Funds will be available for distribution to unsecured creditors
                               ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. Estimated number of        ☐ 1-49              ☒ 1,000-5,000           ☐ 25,001-50,000
    creditors                  ☐ 50-99             ☐ 5001-10,000           ☐ 50,001-100,000
                               ☐ 100-199           ☐ 10,001-25,000         ☐ More than 100,000
                               ☐ 200-999

15. Estimated Assets           ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000        ☒ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

16. Estimated liabilities      ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000        ☒ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/24/2016
             MM / DD / YYYY

X _____      Andrew Masullo
Signature of authorized representative of debtor   Printed name

Title   President and Chief Executive Officer

18. Signature of attorney

X _____      Date  06/24/2016
Signature of attorney for debtor                     MM / DD / YYYY

John T. Piggins
Printed name

Miller Johnson
Firm name

45 Ottawa SW, Suite 1100
PO Box 306
Grand Rapids, MI 49501-0306
Number, Street, City, State & ZIP Code

Contact phone  616-831-1793     Email address  pigginsj@millerjohnson.com

(P34495)  Michigan
Bar number and State