Fill in this information to identify the case:
Debtor name   General Products Corporation
United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AALLIED DIE CASTING OF ILLINOIS Lock Box 75063 Chicago, IL 60675-5063 | Vern Reizman, CFO vreizman@rcmindustries.com (847) 455-1950 | TRADE DEBT | | | | $523,762.61 |
| Basic Aluminum Casting Company 1325 East 168th Street Cleveland, OH 44110 | Tim Byrne, President TByrne@BasicAluminum.com (216) 481-5606 | TRADE DEBT | | | | $305,460.25 |
| Blue Cross Blue Shield of Mich P.O. Box 674416 Detroit, MI 48267-4416 | Melissa N. Williams MWilliams5@BCBSM.com (517) 325-4546 | INSURANCE | | | | $130,753.86 |
| Bremen Castings Inc. P.O Box 711963 Cincinnati, OH 45271-1963 | Chris Seanor, CFO cseanor@bcimail.com (574) 546-2411 ext: 210 | TRADE DEBT | | | | $146,962.30 |
| CENTENNIAL COATINGS, LLC 371 N. CENTENNIAL ZEELAND, MI 49464 | Paul Mac Vane, President pmacvane@centcoat.com (616) 748-9410; 780 | TRADE DEBT | | | | $71,182.31 |
| Chemetall US Inc. 22040 Network Place Chicago, IL 60673-1220 | Dianne E. Ranieri, Credit - Collections dianne.ranieri@chemetall.com (800) 526-4473; 2175 | TRADE DEBT | | | | $162,765.25 |

Debtor  __General Products Corporation__                              Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dct San Luis Potosi 1 LLC  Mexico | | Guaranty of lease of GP Innovative Machining & Assembly de Mexico, S De R.L. De C.V. at $27,457.71/month | Contingent | | | $329,492.52 |
| ECF International  1940 Craigshire Road  Saint Louis, MO 63146 | Matt Payne, CFO  MPayne@ECF-Inc.com  (314) 434-2888 | TRADE DEBT | | | | $84,601.86 |
| Elwood Staffing Services, Inc  P.O. Box 1024  Columbus, IN 47202 | Jennifer Nelson, Corp. Collections  Jennifer.Nelson@elwoodstaffing.com  (812) 657-0248 | STAFFING | | | | $188,948.81 |
| EPICORP Software  804 Las Cimas Pkwy  Austin, TX 78746 | Joseph Jasper, VP Americas Support  JJasper@epicor.com  (952) 417-5173 | TRADE DEBT | | | | $50,438.45 |
| General Aluminum Mfg. Co.  6065 Parkland Blvd  Cleveland, OH 44124 | Kathy Twining  ktwining@generaluminum.com  (440) 947-2017 | TRADE DEBT | | | | $284,628.53 |
| General Products Corp Retiree Medical Pl  Findley Davies, Inc.  1300 East 9th Street, Suite 850  Cleveland, OH 44114 | Beth Eve  BEve@Findleydavies.com  (261) 875-1910 | Estimated withdrawal liability. Though this debt may be contingent as of the date of filing, debt will become due upon Debtor's withdrawal from plan. | | | | $1,008,446.00 |
| General Products Corporation Hourly Rate Employees Pension Plan | Albert Boccardo, Bank of America - Merri  Albert.boccardo@BAML.com  (609) 274-1320 | Underfunding on accounting basis as of 12/31/15. Though obligation, may be contingent as of date of filing, Debtor expects to terminate plan. | | | | $3,970,421.00 |

| Debtor | General Products Corporation | | Case number *(if known)* | | |
|--------|------------------------------|---|--------------------------|---|---|
|        | Name                         |   |                          |   |   |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Great Lakes Die Cast Corp<br>75 Remittance Drive Suite 6689<br>Chicago, IL 60675-6689 | James Podbielski, Director of Sales<br><br>JPodbielski@gldiecast.com<br>(231) 728-8835 | TRADE DEBT | | | | $188,893.16 |
| Haggard & Stocking Assoc.<br>P.O. Box 712987<br>Cincinnati, OH 45271-2987 | Herb Haggard, President<br><br>haggard@haggard-stocking.com<br>(317) 788-4661; 290 | TRADE DEBT | | | | $270,224.93 |
| McCord Payen de Mexico S de RI de CV<br>Calle Tejocotes S/N Col. Barrio Texacoa Tepotzotlan, Estado de Mexico, MX C.P. 54600 50027600 | cfsmexicoar@federalmogul.com | TRADE DEBT | | | | $69,020.00 |
| Metal Technologies, Inc.<br>3386 Solutions Center<br>Chicago, IL 60677-3003 | Matthew Fetter, President, COO<br><br>mfetter@metal-technologies.com<br>(260) 920-2116 | TRADE DEBT | | | | $433,233.34 |
| Powerhold<br>63 Old Indian Trail<br>PO Box 447<br>Middlefield, CT 06455 | Chad Spooner, President<br><br>CSpooner@powerholdinc.com<br>(860) 349-1044 | TRADE DEBT | | | | $66,367.50 |
| TEKsystems, Inc.<br>P.O. Box 198568<br>Atlanta, GA 30384-8568 | Sabrina Weston, Senior Credit Analyst<br><br>sweston@teksystems.com<br>(410) 540-3440 | TRADE DEBT | | | | $56,018.54 |
| The Pic Group<br>36510 Treasury Center<br>Chicago, IL 60694-6500 | Michelle Stacy, Mgr. Credit-Collections<br><br>michelle.stacey@thepicgroup.com<br>(905) 743-2591 | TRADE DEBT | | | | $50,132.23 |