# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION (DETROIT)

IN RE:   GENERAL PRODUCTS CORPORATION,   Case No.: 16-49267
(Chapter 11)
Debtor.   Hon.
_____/

## COVER SHEET FOR MOTION TO USE CASH COLLATERAL OR TO OBTAIN CREDIT

The Debtor has filed a motion to use cash collateral or to obtain postpetition financing, which is attached to this Cover Sheet. In accordance with LBR 4001-2(b) (E.D.M.), the Debtor has identified below, by page and paragraph number, the location in the proposed order accompanying the motion of each of the following provisions:

| Provision | Contained in Proposed Order | Location in Proposed Order |
|---|---|---|
| (1) Provisions that grant liens on the estate's claims and causes of action arising under Chapter 5 of the Code. | ☐ Yes  ☒ No | Page ____, ¶ ____ |
| (2) Provisions that grant cross-collateralization protection to the prepetition secured creditor (i.e., clauses that secure prepetition debt with categories of collateral that were not covered by the secured party's lien prepetition) other than liens granted solely as adequate protection against diminution in value of a prepetition creditor's collateral. | ☐ Yes  ☒ No | Page ____, ¶ ____ |
| (3) Provisions that establish a procedure or conditions for relief from the automatic stay. | ☒ Yes  ☐ No | Page 13, ¶ 4(e), 5(b)  Page 19, ¶ 16 |
| 16(4) Provisions regarding the validity or perfection of a secured creditor's prepetition liens or that release claims against a secured creditor. | ☒ Yes  ☐ No | Page 3, ¶ F2-7  Page 11, 12 ¶ 4(a)(b) |

| Provision | Contained in Proposed Order | Location in Proposed Order |
|---|---|---|
| (5) Provisions that prime any lien without that lienholder's consent. | ☐ Yes<br>☒ No | Page ____, ¶ ____ |
| (6) Provisions that relate to a sale of substantially all of the debtor's assets. | ☒ Yes<br>☐ No | Exhibit A<br>   ¶s 18, 26, and 47<br>Page 17,18  ¶ 9, 10 |
| (7) Provisions for the payment of professional fees of the debtor or any committees, including any carve-outs for such payments. | ☒ Yes<br>☐ No | Exhibit A<br>   ¶s 8-10, 29, 30, 34, 45<br>Page 6, ¶ 3(b)<br>Page 9, ¶ 3(d)<br>Page 12, ¶ 4(c)<br>Page 14-16, ¶ 6 |
| (8) Provisions for the payment of prepetition debt. | ☒ Yes<br>☐ No | Exhibit A, ¶s 39, 42<br>Page 3, ¶ F3<br>Page 5, ¶ 2(c)<br>Page 6, ¶ 3(b)<br>Page 10, ¶ 3(e)<br>¶ |
| (9) Provisions that waive the debtor's exclusive right to file or solicit acceptances of a plan during the time periods specified in 11 U.S.C. § 1121. | ☐ Yes<br>☒ No | Page ____, ¶ ____ |
| (10) Provisions that require the debtor's plan to be on terms acceptable to the secured creditor. | ☐ Yes<br>☒ No | Page ___ ¶ ___ |
| (11) Provisions that require or prohibit specific terms in the debtor's plan. | ☐ Yes<br>☒ No | Page ____, ¶ ____ |
| (12) Provisions establishing that proposing a plan inconsistent with the order constitutes a default. | ☐ Yes<br>☒ No | Page ____, ¶ ____ |
| (13) Provisions that waive surcharge under 11 U.S.C. § 506(c). | ☒ Yes<br>☐ No | Page 16, ¶ 7 |

| Provision | Contained in Proposed Order | Location in Proposed Order |
|---|---|---|
| (14) Provisions that address the rights and obligations of guarantors or co-obligors. | ☒ Yes<br>☐ No | Page 2, 3 ¶ F<br>Page 7, ¶ 3(c)(vii)<br>Page 11, ¶ 4(a)<br>Page 18, ¶ 12 |
| (15) Provisions that prohibit the debtor from seeking approval to use cash collateral without the secured creditor's consent. | ☒ Yes<br>☐ No | Page 6, ¶ 2(d) |
| (16) Provisions that purport to bind a subsequent trustee. | ☒ Yes<br>☐ No | Page 5, ¶ 2(c)<br>Page 16, ¶ 7<br>Page 20, ¶ 22 |
| (17) Provisions that obligate the debtor to pay any of a secured creditor's professional fees. | ☒ Yes<br>☐ No | Exhibit A, ¶ 5 & 37<br>Page 5, ¶ 2(c)<br>Page 6, ¶ 3(b)<br>Page 12, ¶ 4(d) |

MILLER JOHNSON
Proposed Attorneys for Debtors

Dated: June 27, 2016    By /s/ Rachel L. Hillegonds
John T. Piggins (P34495)
pigginsj@millerjohnson.com
Robert D. Wolford (P62595)
wolfordr@millerjohnson.com
Rachel L. Hillegonds (P67684)
hillegondsr@millerjohnson.com
PO Box 306
Grand Rapids, Michigan 49501-0306
Telephone: (616) 831-1700
Facsimile: (616) 831-1701