UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 16-49267-tjt |
| **General Products Corporation** | Chapter 11 |
| Debtor. | Hon. Thomas J. Tucker |

_____________________________________________/

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to § 1102(a) and (b) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims (or who are members of a committee organized by creditors prior to the order for relief under chapter 11 of the Bankruptcy Code who were fairly chosen and are representative of the different kinds of claims to be represented) and who are willing to serve, are appointed to the Committee of Unsecured Creditors:

Vernon Reizman
RCM Industries, Inc.
3021 Cullerton Dr.
Franklin Park, IL 60131
Phone: 847-455-1950, ext. 150
Fax: 847-455-1966
Email: vreizman@rcmindustries.com

Robert P. Vilsack
General Aluminum Mfg. Co.
6065 Parkland Blvd.
Cleveland, OH 44124
Phone: 440-947-2203
Fax: 440-947-2209
Email: Bob.Vilsack@PKOH.COM

Chris Seanor
Bremen Castings, Inc.
500 N. Baltimore St.
Bremen, IN 46506
Phone: 574-546-2411, Ext. 210
Email: cseanor@bcimail.com

William J. Beck
Great Lakes Die Cast Corporation
701 W. Laketon Ave.
Muskegon, MI 49441
Phone: 231-726-4002
Fax 231-726-3207
Email mmiller@gldiecast.com

Paul Mills
Haggard & Stocking Associates, Inc.
P.O. Box 240
Beech Grove, IL 46107
Phone: 317-788-4661
Fax 317-781-3282
Email: pmills@haggard-stocking.com

Respectfully submitted,

**DANIEL M. McDERMOTT**
**UNITED STATES TRUSTEE**
Region 9

By /s/ Ronna Jackson

Trial Attorney
Office of the U.S. Trustee
211 West Fort St - Suite 700
Detroit, Michigan 48226
(313) 226-7934
Ronna.Jackson@usdoj.gov

Dated: July 12, 2016